IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROCHELLE CHRISTOPHER**                                                          **PLAINTIFF**

**VS.**                                    **NO:4:10CV00250**

**KIMBERLY-CLARK CORPORATION**                                    **DEFENDANT**

## ORDER

Pending is Plaintiff's motion to dismiss with prejudice. (Docket #12). For good cause shown, Plaintiff's motion is GRANTED. Plaintiff's complaint is hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 22nd day of December, 2010.

*/s/ James M. Moody*
James M. Moody
United States District Judge